UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RONALD FORD )
 )
v. ) NO. 3:03-0767
 ) JUDGE CAMPBELL
BRIDGEPORT MUSIC, INC., et al. )

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Docket No. 31) entered June 10, 2005. The Court has independently reviewed the Magistrate Judge's findings and conclusion. The Magistrate Judge's Report and Recommendation is adopted and approved.

Accordingly, this action is dismissed without prejudice under Rule 4(m) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE